UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| CASCADE DIE CASTING GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-cv-296 |
| v. ) | |
| ) | Hon. Hugh W. Brenneman, Jr. |
| GRAND RAPIDS ALLOYS-GEROX, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

The parties, Cascade Die Casting Group, Inc., and Grand Rapids Alloys-Gerox, Inc., through their respective attorneys, hereby stipulate to the entry of this Order for Dismissal With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Upon entry of this Stipulation, all of the claims asserted by either party in this litigation will be resolved, thus allowing for entry of a Final Judgment.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice.

Entered: February 27, 2007          /s/ Hugh W. Brenneman, Jr.
                                    Hugh W. Brenneman, Jr.
                                    U.S. Magistrate Judge

I STIPULATE TO THE ENTRY OF THE ABOVE ORDER.

 s/ Jeffrey G. Muth                            s/ Andrew C. Shier
Jeffrey G. Muth (P65041)                      Andrew C. Shier (P58786)
BARNES & THORNBURG, LLP                       McSHANE & BOWIE PLC
Attorneys for Plaintiff                       Attorneys for Defendant
300 Ottawa Avenue, N.W., Suite 500            99 Monroe Avenue, N.W., Suite 1100
Grand Rapids, MI 49503                        Grand Rapids, MI 49503
(616) 742-3930                                (616) 732-5000

Dated: November 29, 2006                      Dated: November 29, 2006